UNITED STATES of America, Plaintiff–Appellee,

v.

Brian K. SHIPLEY, Defendant–Appellant.

No. 06–11083
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 15, 2006.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Randall M. Clark, Edward E. Boshears, Brunswick, GA, for Defendant–Appellant.

Before ANDERSON, BIRCH and MARCUS, Circuit Judges.

PER CURIAM:

Edward E. Boshears and Randall M. Clark, appointed attorneys for Brian K. Shipley in this direct criminal appeal, have filed a motion to withdraw, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and

Shipley's conviction and sentence are **AFFIRMED**.